709 A.2d 793

EVELYN NAZARIO, PLAINTIFF–MOVANT, v. BERGENFIELD BOARD OF EDUCATION, DEFENDANT–RESPONDENT.

April 24, 1998.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to reconsider in the light of *Feinberg v. New Jersey, Department of Environmental Protection*, 137 *N.J.* 126, 644 *A.*2d 593 (1994).

709 A.2d 793

THOMAS A. EAGAN, ET AL., PLAINTIFFS–RESPONDENTS, v. ANDREW H. BOYARSKY, ET AL., DEFENDANTS, AND JAMES MACKENZIE, M.D., DEFENDANT–MOVANT.

May 6, 1998.

Leave to appeal is granted.

709 A.2d 793

LINDA C. LOWE, ET AL., PLAINTIFFS, v. FARAMARZ C. ZARGHAMI, M.D., ET AL., DEFENDANTS–MOVANTS.

May 6, 1998.

Leave to appeal is granted.